**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.,* | Case No. 22-11068(JTD) |
| Debtors. | (Joint Administration Pending) |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**NOTICE PURSUANT TO BANKRUPTCY RULE 9010**

**PLEASE TAKE NOTICE** that the undersigned appear for Chainalysis Inc., Creditor.

**REQUEST IS HEREBY MADE,** pursuant to Bankruptcy Rule, that all notices to which Chainalysis Inc. is entitled (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and all notices mailed to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) shall be directed to the undersigned.

**REQUEST IS HEREBY FURTHER MADE** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraphs, telex or otherwise, that affect the above-captioned Debtor or the property of such Debtor's estate.

Dated: White Plains, New York
         November 16, 2022

                                   /s/Nicholas A. Pasalides
                                   Nicholas A. Pasalides, Esq.
                                   REICH REICH & REICH, P.C.
                                   Attorneys for Creditor Chainalysis Inc.
                                   235 Main Street, Suite 450
                                   White Plains, NY 10601
                                   (914) 949-2126
                                   npasalides@reichpc.com


To:    U.S. Bankruptcy Court
       824 Market Street N, 3rd Floor
       Wilmington, DE 19801

       Sullivan & Cromwell LLP
       125 Broad Street
       New York, NY 10004
       Attn: Andrew G. Dietderich, Esq.
       James L. Bromley, Esq.
       Brian D. Glueckstein, Esq.
       Alexa J. Kranzley, Esq.

       Landis Rath & Cobb LLP
       919 Market Street, Suite 1800
       Wilmington, DE 19801
       Attn: Adam G. Landis, Esq.
       Kimberly A. Brown, Esq.
       Matthew R. Pierce, Esq.