# EXHIBIT B

## Steele Declaration

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Joint Administration Pending) |

**DECLARATION OF BENJAMIN J. STEELE IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF KROLL RESTRUCTURING ADMINISTRATION LLC AS CLAIMS AND NOTICING AGENT EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

I, Benjamin J. Steele, under penalty of perjury, declare as follows:

1. I am a Managing Director of Kroll Restructuring Administration LLC ("Kroll"),[2] a chapter 11 administrative services firm whose headquarters are located at 55 East 52nd Street, 17th Floor, New York, NY 10055. Except as otherwise noted, I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2. This Declaration is made in support of the above-captioned *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Claims and Noticing Agent Effective* Nunc Pro Tunc *to the Petition Date*, which was filed contemporaneously herewith (the "Application").[3]

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC. There has not been any change in the company's leadership, ownership, or organizational structure.

[3] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

3. Kroll is comprised of leading industry professionals with significant experience in both the legal and administrative aspects of large, complex chapter 11 cases. Kroll's professionals have experience in noticing, claims administration, solicitation, balloting and facilitating other administrative aspects of chapter 11 cases and experience in matters of this size and complexity. Kroll's professionals have acted as debtor's counsel or official claims and noticing agent in many large bankruptcy cases in this District and in other districts nationwide. Kroll's active and former cases include: *Alto Maipo Delaware LLC*, No. 21-11507 (KBO); *CalPlant I Holdco, LLC*, No. 21-11302 (JTD); *Alpha Latam Management, LLC*, No. 21-11109 (KJS); *Mallinckrodt plc*, No. 20-12522 (JTD); *The Hertz Corporation*, No. 20-11218 (MFW); *Grupo Posadas S.A.B. de C.V.*, No. 21-11831 (SHL) (Bankr. S.D.N.Y.); *GTT Communications, Inc.*, No. 21-11880 (MEW) (Bankr. S.D.N.Y.); *GBG USA Inc.*, No. 21-11369 (MEW) (Bankr. S.D.N.Y.); *Seadrill New Finance Limited*, No. 22-90001 (DRJ) (Bankr. S.D. Tex.); *Carlson Travel, Inc.*, No. 21-90017 (MI) (Bankr. S.D. Tex.); *Basic Energy Services, Inc.*, No. 21-90002 (DRJ) (Bankr. D.R.J.); and *PG&E Corporation,* No. 19-30088 (DM) (Bankr. N.D. Cal.).

4. As agent and custodian of Court records pursuant to 28 U.S.C. § 156(c), Kroll will perform, at the request of the Office of the Clerk of the Bankruptcy Court (the "Clerk"), the services specified in the Application and the Engagement Agreement, and, at the Debtors' request, any related administrative, technical and support services as specified in the Application and the Engagement Agreement. In performing such services, Kroll will charge the Debtors the rates set forth in the Engagement Agreement, which is attached as Exhibit A to the Application.

5. Kroll has not received any payments from the Debtors in the 90 days prior to the Petition Date. The Debtors propose to provide Kroll with an advance in the amount of

$300,000.[4] Kroll seeks to hold the advance under the Engagement Agreement during these Chapter 11 Cases as security for the payment of fees and expenses incurred under the Engagement Agreement.

6. Kroll represents, among other things, the following:

(a) Kroll is not a creditor of the Debtors;

(b) Kroll will not consider itself employed by the United States government and shall not seek any compensation from the United States government in its capacity as the Claims and Noticing Agent in these Chapter 11 Cases;

(c) By accepting employment in these Chapter 11 Cases, Kroll waives any rights to receive compensation from the United States government in connection with these Chapter 11 Cases;

(d) In its capacity as the Claims and Noticing Agent in these Chapter 11 Cases, Kroll will not be an agent of the United States and will not act on behalf of the United States;

(e) Kroll will not employ any past or present employees of the Debtors in connection with its work as the Claims and Noticing Agent in these Chapter 11 Cases;

(f) Kroll is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code with respect to the matters upon which it is to be engaged;

(g) In its capacity as Claims and Noticing Agent in these Chapter 11 Cases, Kroll will not intentionally misrepresent any fact to any person;

(h) Kroll shall be under the supervision and control of the Clerk's office with respect to the receipt and recordation of claims and claim transfers;

(i) Kroll will comply with all requests of the Clerk's office and the guidelines promulgated by the Judicial Conference of the United States for the implementation of 28 U.S.C. § 156(c); and

(j) None of the services provided by Kroll as Claims and Noticing Agent in these Chapter 11 Cases shall be at the expense of the Clerk's office.

---

4 A prepetition wire for the advance was initiated to Kroll. Due to an administrative error at the bank, however, the wire was reversed and the funds reverted postpetition. As a result of these circumstances, this Application is seeking authorization to provide a postpetition advance to Kroll.

7. To the best of my knowledge, and based solely upon information provided to me by the Debtors, and except as provided herein, neither Kroll, nor any of its professionals, has any materially adverse connection to the Debtors, their creditors or other relevant parties. Kroll may have relationships with certain of the Debtors' creditors as vendors or in connection with cases in which Kroll serves or has served in a neutral capacity as claims and noticing agent and/or administrative advisor for another chapter 11 debtor.

8. Kroll has reviewed its electronic database to determine whether it has any relationships with the list of entities provided by the Debtors (the "Potential Parties in Interest List"), a copy of which is attached hereto as **Schedule 1**. Based on the results of such search, at this time, Kroll is not aware of any relationship that would present a disqualifying conflict of interest. Kroll is continuing to review the Potential Parties in Interest List, which Kroll understands is not yet complete. Should Kroll discover any new relevant facts or relationships bearing on the matters described herein after it has completed its review or during the period of its retention, Kroll will use reasonable efforts to promptly file a supplemental declaration.

9. Certain of Kroll's professionals were partners of or formerly employed by firms that are providing or may provide professional services to parties in interest in these cases. Such firms include Kirkland & Ellis LLP; Weil, Gotshal & Manges LLP; O'Melveny & Myers LLP; Mayer Brown LLP; Fried, Frank, Harris, Shriver & Jacobson LLP; Bracewell LLP; Curtis, Mallet-Prevost, Colt & Mosle LLP; Baker & Hostetler LLP; Togut, Segal & Segal LLP; Gibson, Dunn & Crutcher LLP ("Gibson Dunn"); Willkie Farr & Gallagher LLP ("Willkie"); Jones Day; Shearman & Sterling LLP; KPMG LLP; PricewaterhouseCoopers LLP; Epiq Bankruptcy Solutions, LLC; Donlin, Recano & Company, Inc.; and Kurtzman Carson Consultants LLC. Except as may be disclosed herein, these professionals did not work on any matters involving the

Debtors while employed by their previous firms. Moreover, these professionals were not employed by their previous firms when these Chapter 11 Cases were filed.

10. Kroll hereby discloses the following connections, each of which Kroll believes does not present an interest adverse to the Debtors and is disclosed solely out of an abundance of caution:

- Shira D. Weiner, General Counsel of Kroll and its divisional affiliates, was formerly an associate at Gibson Dunn, one of the Debtors' ordinary course professionals. Ms. Weiner left Gibson Dunn in April 2017. Ms. Weiner did not work on any matters involving the Debtors during her time at Gibson Dunn. Ms. Weiner's role is primarily administrative and she does not generally work on any of the firm's cases.

- Gabriel Brunswick, Associate General Counsel of Kroll, was formerly an associate at Willkie, one of the Debtors' vendors. Mr. Brunswick left Willkie in January 2020. Mr. Brunswick did not work on any matters involving the Debtors during his time at Willkie. Mr. Brunswick's role at Kroll is primarily administrative and he does not generally work on any of the firm's cases.

- James Waldron, former Clerk of the United States Bankruptcy Court for the District of New Jersey, joined Kroll as Senior Advisor in March 2017. Mr. Waldron's daughter, Keara Waldron, is a counsel at Lowenstein Sandler LLP, one of the Debtors' vendors.

- Christopher Schepper is a Managing Director of Kroll. Mr. Schepper's wife, Alison Schepper, is a Director at Kroll. Ms. Schepper's father, Paul Tearnen, is a Managing Director at Alvarez & Marsal, which is the Debtors' proposed restructuring advisor. Mr. Tearnen is not a restructuring professional and upon information and belief does not have any involvement in these Chapter 11 Cases.

11. Kroll is an indirect subsidiary of Kroll, LLC ("Kroll Parent"). Kroll Parent is the world's premier provider of services and digital products related to governance, risk and transparency. Within the Kroll Parent corporate structure, Kroll operates independently from Kroll Parent. As such, any relationships that Kroll Parent and its affiliates maintain do not

create an interest of Kroll's that is materially adverse to the Debtors' estates or any class of creditors or security holders.

12. Kroll, as well as its personnel, has and will continue to have relationships personally or in the ordinary course of business with certain vendors, professionals, financial institutions, and other parties in interest that may be involved in the Debtors' Chapter 11 Cases. Kroll may also provide professional services to entities or persons that may be creditors or parties in interest in these Chapter 11 Cases, which services do not directly relate to, or have any direct connection with, these Chapter 11 Cases or the Debtors.

13. Kroll, and its personnel in their individual capacities, regularly utilize the services of law firms, investment banking and advisory firms, accounting firms and financial advisors. Such firms engaged by Kroll or its personnel may appear in chapter 11 cases representing the Debtors or parties in interest. All engagements where such firms represent Kroll or its personnel in their individual capacities are unrelated to these Chapter 11 Cases.

14. Kroll further declares that Kroll does not now have nor has it ever had any contract or agreement with XClaim Inc. or with any other party under which Kroll provides, provided, or will provide exclusive access to claims data and/or under which Kroll would be compensated for claims data made available by Kroll.

15. Based on the foregoing, I believe that Kroll is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code with respect to the matters upon which it is to be engaged. Moreover, to the best of my knowledge and belief, neither Kroll nor any of its partners or employees hold or represent any interest materially adverse to the Debtors' estates with respect to any matter upon which Kroll is to be engaged.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

Executed on November 17, 2022

*/s/ Benjamin J. Steele*
Benjamin J. Steele
Managing Director
Kroll Restructuring Administration LLC
55 East 52nd Street, 17th Floor
New York, NY 10055

**Schedule 1**

**Potential Parties in Interest List**[1]

[1] This list is based on the Debtors' currently available information of creditors and does not include any information regarding the Debtors' customers. The Debtors are working to obtain access to customer data from the compromised data repositories and will update this list when the information is available. Additionally, the Debtors' professionals have not yet had the opportunity to independently verify certain of the roles, titles and affiliate relationships with respect to the parties listed herein and will supplement as necessary.

**5% or More Equity Holders**
Nishad Singh
Samuel Bankman-Fried
Zixiao Wang
**Bankruptcy Judges**
Ashely M. Chan
Brendan L. Shannon
Craig T. Goldblatt
John T. Dorsey
Karen B. Owens
Kate Stickles
Laurie Selber Silverstein, Chief Judge
Mary F. Walrath
Una O'Boyle (Clerk of Court)
**Professionals**
Alvarez & Marsal North America, LLC
Bahamian Counsel
Chainalysis
Covington & Burling LLP
Joele Frank
Kroll Restructuring Administration
Landis Rath & Cobb LLP
Nardello & Co. LLC
Perella Weinberg Partners
Quinn Emanuel Urquhart & Sullivan, LLP
Robert Lee & Associates, LLP
Simpson Thacher & Bartlett LLP
Sullivan & Cromwell LLP
Walkers
**Banks/Lender/UCC Lien Parties/Administrative Agents**
AKBANK
Bank of America
Bank of Cyprus
BCB Bank
BMO Harris Bank, N.A.
Circle
Commercial Bank of Dubai
Customers Bank
DBS
Deltec
Emirate NBD Bank
Equity Bank
Eurobank
Evolve
Far Eastern Int'l Bank
Fibabanka
Fidelity Bank (Bahamas)
Garanti BBVA
Goldfields Money
JPMorgan Chase Bank, N.A.
Klarpay
LendingClub
Maerki Baumann & Co. AG
Moneytech
Moonstone Bank
MUFG Bank, LTD.
National Australia Bank
Nium
Nuvei
Octabase
Omipay / Cuscal
PayPay Bank
Paysafe
Prime Trust
Rakuten Bank
RJ O'Brien
SBI
Signature Bank
Signet
Silicon Valley Bank
Silvergate Bank
Siraat Banksai
Stripe
Sumitomo Mitsui Banking Corporation (SMBC)
Tokyo Star Bank
Transfero
Turicum
Vakifbank
Volksbank Bayern Mitte eG
Wells Fargo
Zand Bank
**Contract Counter-Parties**
AC Revocable Trust
Adresana Limited
AIM Sports, LLC
Albane Valenzuela
Alexandra Menyhart
Alexandria Stuart

Alpaca Crypto LLC
AlteumX International S.A.
Andrew Franklin
Anthranique Mather
Ash Jaynes
Ashley Moree
Barstool Sports Inc.
Billboard Media, LLC
Binance Capital Management Co. Ltd.
BITOCTO
BlockFi Inc.
Brandon Williams
Brave Software International SEZC
Brett Harrison
Coachella Music Festival, LLC
David Ortiz
David Ortiz Children's Fund
Deyvis Gonzalez
Diego Perez de Ayala
Digital Assets DA AG
Dolphin Entertainment, Inc.
Domenic Fiore
Elvia Delgadillo
Exodus Movement, Inc.
FOX SPORTS SUN, LLC
Freddie Lightbourne Jr.
Galois Capital
Gisele Caroline Bündchen
Golden State Warriors
Gpay Network Pte. Ltd.
Growflint Technologies Pvt. Ltd.
HashKey Blockchain Investment Fund
HODL Media, Inc.
ICC Business Corporation FZ LLC
Idealex Services OU
IEX Group, Inc.
iVest+
Jack Dylan Roberts
Javed Bartlett
Jeremy Cranford
Jeremy King
Kariya Kayamori
Kendra Samuels
Kevin O'Leary
Khaija Larune Russell
Larnabell Enterprises Limited
Laura Larissa Hanna
Ledger SAS
Lightspeed Management Company, LLC
Lincoln Holdings LLC DBA Monumental Sports & Entertainment
Lorem Ipsum UG
Lou Frangella
Magan Lockhart
Major League Baseball Clubs
Major League Baseball Properties, Inc
Mark Khalil
Medium Rare Live, LLC
Meow Technologies Inc.
Mercedes-Benz Grand Prix Limited
Milken Jonathan
MLB Advanced Media, L.P
MMBOC, LLC
MPG Live Ltd
Multicoin Capital
O'Leary Productions Inc.
Office of the Commissioner of Baseball
Paradigm
Patrick Gruhn
Paul Forest
Paxos Trust Company, LLC
Peter Muzzonigro
PointUp Inc.
Proper Trust AG
PT Datindo Infonet Prima
Race Capital
Radegen Sports Management LLC
Rebecca Lowe
Reddit, Inc.
Ribbit Capital
Rick Fox
Roshan Daswani
SC30 Inc.
Sequoia
Shin Yeu Chew
Shohei Ohtani
Stefanel Taylor
Stephen Curry
StockTwits, Inc.

Swift Media Entertainment, Inc
The MLB Network, LLC
Thoma Bravo
TL INTERNATIONAL BV
TokenBot International Ltd.
Tom Brady
TradingView Inc
Trevor Lawrence
TrustToken
Twig USA Inc
Udonis Haslem
UJH Enterprises
Veridian Development Group Ltd.
Yahoo Inc.
Yuga Labs, Inc.

**Debtors**

Alameda Aus Pty Ltd
Alameda Global Services Ltd.
Alameda Research (Bahamas) Ltd
Alameda Research Holdings Inc.
Alameda Research KK
Alameda Research LLC
Alameda Research Ltd
Alameda Research Pte Ltd
Alameda Research Yankari Ltd
Alameda TR Ltd
Alameda TR Systems S. de R. L.
Allston Way Ltd
Analisya Pte Ltd
Atlantis Technology Ltd.
Bancroft Way Ltd
Blockfolio, Inc.
Blue Ridge Ltd
Cardinal Ventures Ltd
Cedar Bay Ltd
Cedar Grove Technology Services, Ltd.
Clifton Bay Investments LLC
Clifton Bay Investments Ltd
Cottonwood Grove Ltd
Cottonwood Technologies Ltd
Crypto Bahamas LLC
DAAG Trading, DMCC
Deck Technologies Holdings LLC
Deck Technologies Inc.
Deep Creek Ltd
Digital Custody Inc.
Euclid Way Ltd
FTX (Gibraltar) Ltd
FTX Canada Inc
FTX Certificates GmbH
FTX Crypto Services Ltd.
FTX Digital Assets LLC
FTX Digital Holdings (Singapore) Pte Ltd
FTX EMEA Ltd.
FTX Equity Record Holdings Ltd
FTX EU Ltd.
FTX Europe AG
FTX Exchange FZE
FTX Hong Kong Ltd
FTX Japan Holdings K.K.
FTX Japan K.K.
FTX Japan Services KK
FTX Lend Inc.
FTX Marketplace, Inc.
FTX Products (Singapore) Pte Ltd
FTX Property Holdings Ltd
FTX Services Solutions Ltd.
FTX Structured Products AG
FTX Switzerland GmbH
FTX Trading GmbH
FTX Trading Ltd
FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET
FTX US Services, Inc.
FTX US Trading, Inc.
FTX Ventures Ltd.
FTX Zuma Ltd
GG Trading Terminal Ltd
Global Compass Dynamics Ltd.
Good Luck Games, LLC
Goodman Investments Ltd.
Hannam Group Inc
Hawaii Digital Assets Inc.
Hilltop Technology Services LLC
Hive Empire Trading Pty Ltd
Innovatia Ltd
Island Bay Ventures Inc
Killarney Lake Investments Ltd
Ledger Holdings Inc.

Ledger Prime LLC
LedgerPrime Bitcoin Yield Enhancement Fund, LLC
LedgerPrime Bitcoin Yield Enhancement Master Fund
LedgerPrime Digital Asset Opportunities Fund, LLC
LedgerPrime Digital Asset Opportunities Master Fund LP
LedgerPrime Ventures, LP
Liquid Financial USA Inc.
Liquid Securities Singapore Pte Ltd
LiquidEX LLC
LT Baskets Ltd.
Maclaurin Investments Ltd.
Mangrove Cay Ltd
North Dimension Inc
North Dimension Ltd
North Wireless Dimension Inc.
Paper Bird Inc
Pioneer Street Inc.
Quoine India Pte Ltd
Quoine Pte Ltd
Quoine Vietnam Co. Ltd
SNG INVESTMENTS YATIRIM VE DANIŞMANLIK ANONİM ŞİRKETİ
Strategy Ark Collective Ltd.
Technology Services Bahamas Limited
Verdant Canyon Capital LLC
West Innovative Barista Ltd.
West Realm Shires Financial Services Inc.
West Realm Shires Inc.
West Realm Shires Services Inc.
Western Concord Enterprises Ltd.
Zubr Exchange Ltd

**Directors/Officers**

Aaron Payas
Andy Fisher
Arthur THomas
Balsam Danhach
Bart Smith
Bryan Bishop
Can Sun
Caroline Ellison
Caroline Papadopoulas
Chi Hoai Tran
Clement Joshua Ip
Constance Wang
Dan Friedberg
Darren Wong
Diana Aidee Munoz Maclao De Camargo
Edward Moncada
Gary Wang
Henry Raatz
Jamie Kennedy
Jen Chan
Jens Brunke
Jerome Kemp
Joe Keefer
John J. Ray
John Samuel Trabucco
Joseph J. Farnan
Judge Farnen
Jürg Bavaud
Keisha Bell
Larry Thompson
Longe Odunoluwa Olabimtan
Lucas Moscowitz
Marco Passuello
Marissa MacDonald
Mark Wetjen
Martin Liebi
Matt Heller
Matt Rosenberg
Matthew Doheny
Matthew Ness
Max Rhotert
Michael Giles
Michael Kott
Michael McCarty
Michael Watson
Mitch Sonkin
Mohammad Hans Dastmaltchi
Nayia Ziourti
Nishad Singh
Oleg Ravnushkin
Omar Camargo
Panayiotis Papachristoforou
Paul Kuo
Persis Manfred Sarmiento
Rishi Jain

Robin Matzke
Ryan Salame
Ryne Miller
Samuel Bankman-Fried
Seref Bayirli
Serhat Aydin
Seth Melamed
Shiliang Tang
Shuya Yamamoto
Sina Nader
Sutat Chew
Takashi Hidaka
Taylor Johnson
Terence Choo
Venu Palaparthi
Wang Zhe
Wing Man Charis Law (Charis Law)
Xiao Chen
Zach Dexter

**Insurance**

Ascot Insurance Company
Continental Casualty Company
Endurance Worldwide Insurance Ltd., Zurich Insurance Plc, HDI Global Specialty SE
Lloyd's America, Inc.
Massachusetts Bay Insurance Company
Paragon International Insurance Brokers Limited
QBE Insurance Corporation
Relm Insurance Ltd.
StarStone National Insurance Company
The Hanover Insurance Group
The Travelers Insurance Company
Travelers Property Caualty Company of America
United Fire Group
USI Insurance Services, LLC-CL

**Known Affiliates - JV**

Alameda Systems Inc.
BITVO Inc.
Blockfolio Holdings, Inc.
CM-Equity AG
Embed Clearing LLC.
Embed Financial Technologies Inc
FTX Australia Pty Ltd
FTX Bahamas Ventures Ltd
FTX Capital Markets LLC
FTX Digital Markets Ltd
FTX Express Pty Ltd
FTX US Derivatives LLC (US)
FTX Vault Trust Company
FTX Ventures Partnership
LedgerX LLC d/b/a FTX US Derivatives

**Landlords**

101 Second Street, Inc.
Albany Resort Operator Ltd.
Blue Hole Real Estate Holdings Ltd.
Bond Collective
Brickwell Owner LLC
Heckler Investments (Bahamas) Ltd.
Javari Ltd.
Newwave Bahamas Inc.
S3 Ocean View Limited
The Metropolitan Square Associates LLC
WeWork Companies LLC
W-SF Goldfinger Owner VIII, L.L.C.

**Litigation**

Chase Zimmerman
Different Rules, LLC
Group One Holdings Pte Ltd
Josephine Sun
Marisa Mcknight
ONE Studios Pte Ltd

**Ordinary Course Professionals**

Anderson Mori & Tomotsune
Antis Triantafyllides
Armanino LLP
Baker McKenzie
Baptista Luz
Bär & Karrer
Binder Grösswang
Clement Maynard & Co
CMS Legal - Italy
Fenwick & West
Gibson Dunn
Hogan Lovells
Kim & Chang
King Wood Mallesons
Kramer Levin
Latham & Watkins
Loyens&Loeff

McCarthy Tetrault
MLL Meyerlustenberger Lachenal Froriep Ltd
Nishit Desai
Norton Rose
Piper Alderman
Prager Metis CPA's, LLC
Ronny Domröse
Silicon Valley Accountants
Slaughter & May

**Taxing Authority/Governmental/Regulatory Agencies**

Alaska Department of Commerce, Community, and Economic Development
Amber Eutsey
Anne Cappelli
Arizona Department of Insurance and Financial Institutions
Arkansas Securities Department
Aurora Fagan
Bo Fears
Brandi Smith
Brock Jensen
Bryan Hsueh
Campbell McLaurin
Catherine Reyer
Christopher German
Clifford Charland
Commodity Futures Trading Commission
Corey Krebs
Craig Christensen
Danielle Sassoon
David Berland
David Buchalter
David O'Brien
David Venerables
Delaware State Treasury
Department of Insurance and Financial Services
Department of Justice - Computer Crime and Intellectual Property Section
Department of Justice - National Crypto Currency Enforcement Team
Department of Justice - Southern District of New York
Department of Justice - US Attorney Southern District of Florida
District of Columbia Department of Insurance, Securities and Banking
Drew Stillman
Dustin Physioc
Elizabeth Pendleton
Erin Wilk
Ethan McLaughlin
Florida Office of Financial Regulation
Georgia Department of Banking and Finance
Hawaii Department of Commerce and Consumer Affairs
House Committee on Oversight and Reform
Idaho Department of Finance
Illinois Department of Financial and Professional Regulation
Ingrid White
Internal Revenue Service
Iowa Division of Banking
Iris Ikeda
Jack McClellan
James Westrin
Jason Gworek
Jay Kim
Jeanju Choi
Jeffrey Loimo
Jennifer Biretz
Jesse Moore
Jesse Saucillo
Jessica Peck
Jesus (/Jesse) Saucillo
Jonathan Misk
Jonathan Vruwink
Karyn Tierney
Kelley Reed
Kevin Webb
Kristen Anderson
Kristin Rice
Lucinda Fazio
Mark Largent
Maryland Department of Labor
Matthew Dyer
Michigan Department of Insurance and Financial Services
Nebraska Department of Banking and Finance
New Jersey Department of Banking and Insurance
New York Department of Financial Services
Nicolas Roos

Nina Ruvinsky
North Carolina Department of Commerce
North Carolina Department of Justice
North Dakota Department of Financial Institutions
Ohio Department of Commerce
Ontario Securities Commission
Oregon Division of Financial Regulation
Patricia Straughn
Paul Balzano
Peter Frank
Peter Marton
Rhode Island Department of Business Regulation Financial Services
Richard Childers
Samuel Fuller
Samuel Raymond
Sara Cabral
Secretary of State
Securities and Exchange Commission
South Dakota Division of Banking
State of Connecticut Department of Banking
Stephanie Ryals
Steven Buchholz
Tammy Seto
Texas Department of Banking
Thane Rehn
Tom Stevens
Vermont Department of Financial Regulation
Virginia Bureau of Financial Institutions
Washington State Department of Financial Institutions
Zak Hingst

**U.S. Trustee Office**

Andrew R. Vara
Benjamin Hackman
Christine Green
Denis Cooke
Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Joseph Cudia
Joseph McMahon
Juliet Sarkessian
Lauren Attix
Linda Casey
Linda Richenderfer
Michael Panacio
Nyanquoi Jones
Ramona Harris
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch
Timothy J. Fox, Jr.

**Vendors**

101 Second Street, Inc.
ABG Shaq LLC
ADAM
Amiba Consulting
Amplitude
Amwins
Anderson Kill LLP
Apple Inc.
Arbor Day Foundation
Armanino
AWS
B House
Bally Sports Sun
Basketball Properties Ltd
BitGo
Bleacher Report - Warner Media
BlockScore, Inc.
Bloomberg
Boca FIA Conference
Braze
Brink
BSO Network Solutions Ltd
Bullish Studios
Burgopak
CAA Sports - Shohei Ohtani
Canopy RE, Inc
Care for Special Needs Children Foundation
Chartwell
Coachella
Coindesk
COJO Strategies

Colormatics
Conaway Graves Group
Conde Nast
Congressional Leadership Fund
Creators Agency LLC
Crypto Council for Innovation
Dara Studios
David Ortiz Children's Fund
Denstu McGarry Bowen
Dentsu X
Diablo Holdings - 2000 Center
DJ Bam LLC - Sunjay Matthews
Dlocal LLP
Done Deal Promotions
Door Dash
DoorDash US
Dotdash
Duane Morris LLP
Eldera, Inc.
Elite Protection LLC
Emerson Estate
Equinix
Equity and Transformation
Excel Sports Management
Facebook/Meta
FACTORY PR LLC
Fenwick & West
Fenwick & West - FTX Trading Ltd
Fenwick & West - FTX US
Florida International University Foundation
Flutterwave
Fox Sports
GameStop
GB Solutions - Geoff Bough
Glushon Sports Management
Golden State Warriors
Golden State Warriors Community Foundation
Google
Google Cloud Platform
Herbert Smith Hills
Honeycomb
Honnold Foundation
Hurry Up Slowly
Insight
Invisible North
ipower
JLL Law Firm
Joel Becker
Jumio
Katten
Kevin Haeberle
Latham & Watkins LLP
Laureus Sport for Good
LedgerX LLC
Liftoff
Light the Way - The Campaign for Berkeley
Looker (Google LLC)
Lowenstein Sandler LLP
Lunch Money Group Inc - Anthony Pompliano
M Group
Majority Forward
Maxlaw Global
Mayfield XV
Medium Rare Live
Message Global
Miami Heat Limited Partnership
Michelle Sun
Microsoft Advertising
MLB Advanced Media
Monumental Sports and Entertainment Foundation
Moon Overlord
Morgan Lewis
Morrison and Foerster LLP
NA League of Legends Championship Series LLC
Naomi Osaka
Neodyme
Nerd St. Gamers
Neworld One Bay Street - Margaritaville Beach Resort Nassau
Nifty Metaverse Inc
NJ Scholars
NYSE
Office Revolution
OIC of South Florida
One Workplace L. Ferrari
Open Fortune - Fortune Media
Osaka Exchange
OtterSec LLC

Perkins Coie LLP
Pickle Software LLC
Plaid
Playground Ventures
Pomp Podcast - Lunch Money Group
PSYOP Productions LLC
PWC - S.A. Evangelou and Co LLC
Rational 360
Raybloch
Reddit
Redmond Construction Group
Refactor Capital
Refinitiv
Refinitiv US, LLC
Rich Feuer Anderson
Rippling
Robert Lee & Associates, LLP
Roku
Ruin the Game Events
SafetyPay
Salas O'Brien
Sardine Ai
Sentry
Shadow Lion
Signature Bank
Siimpl - Firesight Technologies
Skadden, Arps, Slate, Meagher & Flom LLP
Skyline Construction
Snap Inc
Solana Spaces
Solidus Labs
Stanford Law School
Stanford School of Medicine
Stripe, Inc.
Sullivan & Cromwell LLP
Swift Media Entertainment - TSM FTX
Talent Resources Sports
TaxBit
Tevora
The Block Crypto
The Drop Media
The Metropolitan Museum of Art
TikTok
Time Magazine
Timothy Wilson
TONGLE X LLC
Top Drawer Merch
Trident
TriNet
Triton
TRM Labs, Inc.
Twilio
Twitter
USI
Valuz LLP
Victor Xu
Wasserman
Wasserman - Operating
Wasserman Client Trust
Weekly Open
Willkie Farr & Gallagher LLP
WME Entertainment
Wondros
W-SF Goldfinger Owner VIII, LLC
Zimmerman